UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

U.S. DEPARTMENT OF COMMERCE,

Defendant.

Civil Action No. 25-2236 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's November 11, 2025, Minute Order, the Parties conferred and respectfully submit the following status report on this Freedom of Information Act ("FOIA") case:

Plaintiff submitted a FOIA request to Defendant's Office of the Secretary ("OS") on May 7, 2025, seeking "the records mentioning, including, discussing, and/or documenting the development of the proposal to rescind the regulatory definition of 'harm' in the [ESA] regulations." ECF No. 1 at 8.

The initial searches conducted by Defendant yielded tens of thousands of records, and accordingly, on November 21, 2025, Defendant proposed specific search terms to Plaintiff in an effort to narrow the scope of the request. On November 24, 2025, Plaintiff responded to Defendant's proposal.

Applying the search terms, the Department of Commerce found 821 documents and emails (1,475 with attachments included) and the National Oceanic and Atmospheric Administration found 1,415 documents and emails (2,275 with attachments included). Plaintiff has agreed to exclude attachments with no search terms hits, with the option that the Agency can produce excluded attachments that are of interest if Plaintiff asks.

Defendant anticipates its first production will occur on or before March 25, 2026. Defendant will review at least 150 potentially responsive documents for the first production and make an effort to increase to 300 potentially responsive documents per month thereafter. Defendant will produce any responsive, producible documents on a monthly basis.

Pursuant to the Court's order, the parties will file a further Joint Status Report on or before April 24, 2026, and every sixty days thereafter, until the production of documents is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: February 23, 2026                    Respectfully submitted,

*/s/ David Derrick*                         JEANINE FERRIS PIRRO
David Derrick, CA Bar #316749               United States Attorney
Center for Biological Diversity
2100 Franklin St., Suite 375                By:  */s/ Kaitlin K. Eckrote*
Oakland, CA 94612                           KAITLIN K. ECKROTE, D.C. Bar #1670899
(510) 844-7135                              Assistant United States Attorney
dderrick@biologicaldiversity.org            601 D Street NW
                                            Washington, D.C. 20530
*Counsel for Plaintiff*                     (202) 252-2485
                                            Kaitlin.eckrote@usdoj.gov

                                            *Counsel for the United States of America*

2